IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | Civil Action No. 2:15-cv-04289-MBS |
| Plaintiffs, | **PERSONAL INJURY** (Pipefitter; Lung Cancer) |
| vs. | |
| AIR & LIQUID SYSTEMS CORPORATION, et al | **STIPULATION OF DISMISSAL AS TO DEFENDANT JOY GLOBAL UNDERGROUND MINING LLC, FORMERLY KNOWN AS JOY TECHNOLOGIES INC.** |
| Defendants. | |

The Plaintiffs, Winfield David Bartlett and Lila Mae Bartlett, and Defendant Joy Global Underground Mining LLC, formerly known as Joy Technologies Inc., by and through their undersigned attorneys, stipulate to the dismissal without prejudice of Joy Global Underground Mining LLC, formerly known as Joy Technologies Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  This stipulation dismisses Joy Global Underground Mining LLC and also dismisses Joy Technologies Inc. if and to the extent it was ever a separate defendant.

| | |
|---|---|
| TURNER PADGET GRAHAM & LANEY P.A. | MOTLEY RICE, LLC |
| s/ Thomas M. Kennaday | s / W. Christopher Swett |
| By:  Steven W. Ouzts, Esquire<br>Thomas M. Kennaday, Esquire<br>1901 Main Street, 17th Floor (29201)<br>Post Office Box 1473<br>Columbia, South Carolina 29202<br>(803) 254-2200 | By: W. Christopher Swett, Esquire<br>Motley Rice<br>28 Bridgeside Boulevard<br>Mt Pleasant, SC 29464 |
| *ATTORNEYS FOR JOY GLOBAL UNDERGROUND MINING LLC*<br>April 12, 2016 | *ATTORNEYS FOR PLAINTIFFS*<br>April 12, 2016 |