IN THE UNITED STATES DISTRICT COURT
FORT THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett,<br><br>Plaintiffs,<br><br>vs.<br><br>Air & Liquid Systems Corp., *et. al.*,<br><br>Defendants. | C/A No.: 2:15-cv-4289-MBS<br><br>**NOTICE OF WITHDRAWAL OF CRANE CO.'S MOTION TO EXCLUDE OR IN THE ALTERNATIVE REOPEN THE DEPOSITION OF PLAINTIFF FOR THE PURPOSE OF DISCOVERY** |

PLEASE TAKE NOTICE that Plaintiff has agreed to dismiss Crane Co. from this matter. Therefore, Crane Co.'s Motion to Exclude or in the Alternative Reopen the Deposition of Plaintiff for the Purpose of Discovery [ECF 204] is deemed moot and is hereby withdrawn.

Respectfully submitted,

Charleston, South Carolina
Dated: April 21, 2016

/s/ Richard A. Farrier, Jr.
Richard A. Farrier, Jr.
Federal ID# 772
E-Mail: richard.farrierjr@klgates.com
Christopher A. Jaros
Federal ID# 12094
Email: christopher.jaros@klgates.com
K&L GATES LLP
134 Meeting Street
Suite 200
Charleston, SC  29401
Telephone: 843.579.5600
Facsimile: 843.579.5601

*ATTORNEYS FOR DEFENDANT CRANE CO.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, I caused to be electronically filed the foregoing Notice of Withdrawal of Crane Co.'s Motion to Exclude or in the Alternative Reopen the Deposition of Plaintiff for the Purpose of Discovery with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

W. Christopher Swett - cswett@motleyrice.com

/s/ Richard A. Farrier, Jr.
Richard A. Farrier, Jr.
Federal ID# 772
E-Mail:  richard.farrierjr@klgates.com
K&L GATES LLP
134 Meeting Street
Suite 200
Charleston, SC  29401
Telephone: 843.579.5600
Facsimile: 843.579.5601

*ATTORNEYS FOR DEFENDANT CRANE CO.*

2