IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, | ) Civil Action No. 2:15-CV-04289-MBS )  ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| Air & Liquid Systems Corporation, et al., | ) ) |
| Defendants. | ) ) ) |

## CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Motley Rice , L.L.C., Attorneys for the Plaintiff, and moves for an Order of Dismissal without prejudice as to Defendant The Nash Engineering Company.

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for The Nash Engineering Company,

IT IS ORDERED that the Plaintiff be granted an Order of Dismissal without prejudice in the above-entitled matter as to The Nash Engineering Company only.  Each party to bear its own costs.

1

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
Dated: April 21, 2016

WE SO MOVE:

MOTLEY RICE, L.L.C.

s/W. Christopher Swett
W. Christopher Swett
Federal Bar No. 11177
Post Office Box 650001
Mt. Pleasant, SC  29465

Attorneys for Plaintiffs

WE CONSENT:

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

s/Robert O. Meriwether
Robert O. Meriwether
Federal Bar No. 01040
Post Office Box 11070
Columbia, SC  29211

Attorneys for The Nash Engineering Company

2