IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, | ) ) ) | Civil Action No. 2:15-CV-04289-MBS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Air & Liquid Systems Corporation, et al., | ) ) | |
| Defendants. | ) ) | |

## CONSENT ORDER OF DISMISSAL AS TO DEFENDANT CRANE CO.

The above-entitled action is now pending in this Court.

NOW comes Motley Rice , L.L.C., Attorneys for the Plaintiff, and moves for an Order

of Dismissal without prejudice as to Defendant Crane Co.

With the consent of K&L Gates LLP, Attorneys for Crane Co.,

IT IS ORDERED that the Plaintiff be granted an Order of Dismissal without prejudice

in the above-entitled matter as to Crane Co. only.  Each party to bear its own costs.

1

2

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
Dated: April 21, 2016

WE SO MOVE:                                    WE CONSENT:

MOTLEY RICE, L.L.C.                            K&L GATES LLP

s/W. Christopher Swett                         s/Richard A. Farrier, Jr.
W. Christopher Swett                           Richard A. Farrier, Jr.
Federal Bar No. 11177                          134 Meeting Street
Post Office Box 650001                         Suite 500
Mt. Pleasant, SC  29465                        Charleston, SC 29401

Attorneys for Plaintiffs                       Attorneys for Crane Co.