IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | ) ) ) |
| Plaintiffs, | ) C.A. NO. 2:15-CV-04289-MBS ) ) |
| v. | ) **ORDER** ) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |
| IN RE: SOUTH CAROLINA ASBESTOS LITIGATION | ) ) ) ） |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of United Conveyor Corporation [Doc. 211].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 211] is **GRANTED**, and all claims of the Plaintiffs against Defendant United Conveyor Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

Dated: May 2, 2016