# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, ) ) ) | Civil Action No. 2:15-cv-04289-MBS |
| Plaintiffs, ) | |
| vs. ) | |
| AIR & LIQUID SYSTEMS CORP., et al., ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs Winfield David Bartlett and Lila Mae Bartlett, to dismiss Spirax Sarco, Inc. without prejudice.

It appears that good cause exists to permit Plaintiffs to so dismiss this action against Defendant Spirax Sarco, Inc.

It is therefore ORDERED that all claims of Plaintiffs Winfield David Bartlett and Lila Mae Bartlett against Spirax Sarco, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
Dated: June 3, 2016