## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

WINFIELD DAVID BARTLETT and LILA
MAE BARTLETT,

                C/A No. 2:15-CV-04289-MBS

   Plaintiffs,

  vs.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

   Defendants.

### CONSENT MOTION FOR DISMISSAL OF
### UNION CARBIDE CORPORATION
### BAYER CROPSCIENCE, INC.

Pursuant to Rule 41, Federal Rules of Civil Procedure, Defendants Union Carbide Corporation and Bayer CropScience, Inc., with the consent of Plaintiffs Winfield David Bartlett and Lila Mae Bartlett, moves this court for an order of dismissal with prejudice as to Union Carbide Corporation and Bayer CropScience, Inc. only, each party to bear its own costs.

WE SO MOVE:

__/s/ Moffatt G. McDonald_____
Moffatt G. McDonald, No. 2805
Scott E. Frick, No. 9417
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2d Floor
P.O. Box 2048
Greenville, SC 29602
*Attorneys for Defendants Union Carbide Corporation and*
*Bayer CropScience, Inc.*

WE CONSENT:

__/s/ W. Christopher Swett_____
W. Christopher Swett, No. 11177
Motley Rice LLC
P. O. Box 650001
Mt. Pleasant, SC 29465
E-mail: cswett@motleyrice.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

W. Christopher Swett
MOTLEY RICE LLC
28 Bridgestone Blvd.
P.O. Box 650001
Mt. Pleasant, SC 29465
*Attorney for Plaintiffs*

Defense Counsel of Record

                                    /s/ Moffatt G. McDonald_____