# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT COURT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | Civil Action No. 2:15-cv-04289-MBS |
| Plaintiffs, | |
| vs. | |
| AIR & LIQUID SYSTEMS CORP., et al., | |
| Defendants. | |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal with Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of the Plaintiffs' claims against the Defendants Union Carbide Corporation and Bayer CropScience, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
Dated:  June 6, 2016