IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, <br><br> Plaintiffs, <br><br> v. <br><br> Air & Liquid Systems Corporation, et al., <br><br> Defendants. | Civil Action No. 2:15-CV-04289-MSB <br><br><br><br> **STIPULATION OF DISMISSAL** <br> **AS TO GOODRICH CORPORATION** <br> **ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby stipulates and agrees to dismiss all of the claims against Defendant, Goodrich Corporation, in the above-captioned action without prejudice. Each party to bear its own costs.

       /s/ Christopher Swett
W. Christopher Swett, Esquire
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000
***Attorneys for Plaintiff***

WE CONSENT:

/s/ Louis P. Herns
Louis P. Herns (184)
PIERCE, HERNS, SLOAN & WILSON, LLC
321 East Bay Street
Post Office Box 22437
Charleston, SC 29413
Telephone: (843) 722-7733
Fax: (843) 722-7732
willearly@phswlaw.com
***Attorneys for Defendant***
***Goodrich Corporation***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett,<br><br>        Plaintiffs,<br><br>v.<br><br>Air & Liquid Systems Corporation, et al.,<br><br>        Defendants. | Civil Action No. 2:15-CV-04289-MSB |

**CERTIFICATE OF SERVICE**

    I certify that on this date a copy of the foregoing was electronically filed with the Clerk of Court and notification of such filing was served on counsel of record for the plaintiff as well as all counsel of record.

    This 24th day of June, 2016.

                                                /s/ Louis P. Herns