IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, ) ) ) Plaintiffs, ) ) vs. ) ) Air & Liquid Systems Corporation, et al., ) ) Defendants. ) ) | Civil Action No. 2:15-CV-04289-MBS |

## CONSENT ORDER OF DISMISSAL

The above-entitled action is now pending in this Court.

NOW comes Motley Rice, L.L.C., Attorneys for the Plaintiffs, and moves for an Order of Dismissal without prejudice as to Defendants Elliott Company, Grinnell LLC and Sulzer Pumps (US) Inc., and,

With the consent of Nelson Mullins Riley & Scarborough, LLP, Attorneys for Elliott Company, Grinnell LLC and Sulzer Pumps (US) Inc.,

It is ORDERED that the Plaintiffs be granted an Order of Dismissal without prejudice in the above-entitled matter as to Elliott Company, Grinnell LLC and Sulzer Pumps (US) Inc. only. Each party to bear its own costs.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
Dated: June 30, 2016

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, L.L.C. | NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. |
| s/W. Christopher Swett | s/Robert O. Meriwether |
| W. Christopher Swett | Robert O. Meriwether |
| Federal Bar No. 11177 | Federal Bar No. 01040 |
| Post Office Box 650001 | Post Office Box 11070 |
| Mt. Pleasant, SC 29465 | Columbia, SC 29211 |
| Attorneys for Plaintiffs | Attorneys for Elliott Company, Grinnell LLC and Sulzer Pumps (US) Inc., |