IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | ) | Civil Action No. 2:15-cv-04289-MBS |
| | ) | |
| Plaintiffs, | ) | **PERSONAL INJURY** |
| | ) | (Pipefitter; Lung Cancer) |
| vs. | ) | |
| | ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al | ) | **STIPULATION OF DISMISSAL AS TO DEFENDANT VIKING PUMP, INC.** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

The Plaintiffs, Winfield David Bartlett and Lila Mae Bartlett, and Defendant Viking

Pump, Inc., by and through their undersigned attorneys, stipulate to the dismissal with prejudice

of Viking Pump, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

TURNER PADGET GRAHAM & LANEY                    MOTLEY RICE, LLC
P.A.

*s/ Thomas M. Kennaday*                                         *s / W. Christopher Swett*
By:  Steven W. Ouzts, Esquire                              By: W. Christopher Swett, Esquire
Thomas M. Kennaday, Esquire                           Motley Rice
1901 Main Street, 17th Floor (29201)                 28 Bridgeside Boulevard
Post Office Box 1473                                           Mt Pleasant, SC 29464
Columbia, South Carolina 29202
(803) 254-2200

*ATTORNEYS FOR VIKING PUMP, INC.*          *ATTORNEYS FOR PLAINTIFFS*
July 1, 2016                                                           July 1, 2016