# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett,<br><br>                                    Plaintiffs,<br>v.<br>Air & Liquid Systems Corporation, et al.,<br><br>                                    Defendants. | C/A No.: 2:15-cv-04289-MBS<br><br>**STIPULATION OF DISMISSAL AS TO NIBCO, INC. ONLY** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff hereby and agrees to dismiss all of the claims against Defendant, NIBCO, Inc., in the above-captioned case without prejudice. Each party to bear its own costs.

                                                                         /s/ Christopher Swett
                                                                       W. Christopher Swett
                                                                       MOTLEY RICE, LLC
                                                                       28 Bridgeside Boulevard
                                                                       Mt. Pleasant, SC 29464
                                                                       (843) 216-9000
                                                                       *Attorney for Plaintiffs*

**July 1, 2016.**


WE CONSENT:

LEATH, BOUCH & SEEKINGS, LLP

By: /s/ Timothy Bouch
Timothy W. Bouch
92 Broad Street, P. O. Box 59
Charleston, SC 29402
Phone: (843) 937-8811
*Attorneys for the Defendant NIBCO, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of ***Stipulation of Dismissal*** was served by electronic means on parties registered with the United States District Court, District of South Carolina's electronic filing system on **July 1, 2016**.

                LEATH, BOUCH & SEEKINGS, LLP

                By:  /s/ Timothy W. Bouch
                Timothy W. Bouch (Federal ID # 1394)
                tbouch@leathbouchlaw.com
                92 Broad Street, Post Office Box 59
                Charleston, South Carolina 29402
                Tel: (843) 937-8811
                Fax: (843) 937-0606
                ***Attorney for Defendant NIBCO, Inc.***