# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, <br><br> Plaintiffs, <br><br> vs. <br><br> AIR & LIQUID SYSTEMS CORP., et al., <br><br> Defendants. | Civil Action No. 2:15-cv-04289-MBS |

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs Winfield David Bartlett and Lila Mae Bartlett, to dismiss General Electric Company with prejudice.

It appears that good cause exists to permit Plaintiffs to so dismiss this action against Defendant General Electric Company.

It is therefore ORDERED, ADJUDGED, and DECREED that all claims of Plaintiffs Winfield David Bartlett and Lila Mae Bartlett against General Electric Company are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
Dated:   July 5, 2016