IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 2:15-CV-04289-MBS ) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' consent Motion for Dismissal of Research-Cottrell, Inc., with Prejudice.

For the reasons stated in the motion, and for cause shown.

IT IS THEREFORE ORDERED that the Motion is GRANTED, and all of the Plaintiffs' claims against Research-Cottrell, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
Dated:   July 6, 2016