# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, | ) ) ) |
| Plaintiffs, | ) ) Case No. 2:15-CV-04289-MBS |
| v. | ) ) ) |
| Air & Liquid Systems Corp., *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Joint Motion made by the parties for dismissal without prejudice of Defendant Fisher Controls International LLC.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is **GRANTED**, and all of the Plaintiffs' claims against Defendant Fisher Controls International LLC are hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

Dated: July 13, 2016