IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | Civil Action No. 2:15-cv-04289-MBS |
| Plaintiffs, | |
| vs. | |
| AIR & LIQUID SYSTEMS CORP., et al., | |
| Defendants. | |

### ORDER OF DISMISSAL

THIS MATTER is before the Court upon motion by Plaintiffs Winfield David Bartlett and Lila Mae Bartlett, to dismiss CBS Corporation, a Delaware corporation, f/k/a Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation ("Westinghouse") WITH prejudice.

It appears that good cause exists to permit Plaintiffs to move to dismiss this action against Defendant Westinghouse.

It is therefore ORDERED that all claims of Plaintiffs Winfield David Bartlett and Lila Mae Bartlett against Westinghouse are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

Dated: July 15, 2016