## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Air & Liquid Systems Corp., *et al.*,<br><br>　　　　Defendants. | Case No. 2:15-CV-04289-MBS |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER is before the Court on the parties' Joint Motion for Dismissal without Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED, and all of the Plaintiffs' claims against the Defendant Dana Companies, LLC, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

Dated: July 20, 2016