IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, | ) Civil Action No. 2:15-CV-04289-MBS<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| Air & Liquid Systems Corporation, et al., | )<br>) |
| Defendants. | )<br>) |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Parties Joint Motion for Dismissal without Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is **GRANTED**, and all of the Plaintiffs' claims against Defendant Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

Dated: July 27, 2016