IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and<br>Lila Mae Bartlett,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Air & Liquid Systems Corporation, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 2:15-CV-04289-MBS |

### ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the Parties Joint Motion for Dismissal with Prejudice.

For the reasons stated in the motion, and for cause shown,

IT IS THEREFORE ORDERED that the Joint Motion is **GRANTED**, and all of the Plaintiffs' claims against Defendant Owens-Illinois, Inc. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/ Margaret B. Seymour
　　　　　　　　　　　　　　　　　　Margaret B. Seymour
　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina

Dated: July 28, 2016