IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | )<br>) Civil Action No. 2:15-cv-04289-MBS<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) **MOTION TO DISMISS WARREN**<br>) **PUMPS, LLC**<br>) |
| AIR & LIQUID SYSTEMS CORPORATION, et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

COME NOW Plaintiffs Winfield David Bartlett and Lila Mae Bartlett, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41 move to dismiss Plaintiffs' claims against Warren Pumps, LLC with prejudice, with each party to bear its own fees and costs. Plaintiffs expressly reserve their rights to proceed against all other defendants.

This _____ day of August 2016.

| WE SO MOVE: | WE CONSENT: |
|---|---|
| MOTLEY RICE, LLC | TURNER PADGET GRAHAM & LANEY P.A. |
| s/W. Christopher Swett | *s/*Steven W. Ouzts |
| W. Christopher Swett | Steven W. Ouzts |
| Federal Bar No. 11177 | Federal Bar No. 2945 |
| 28 Bridgeside Blvd. | 1901 Main Street, 17th Floor (29201) |
| P.O. Box 650001 | Post Office Box 1473 |
| Mt. Pleasant, SC  29464 | Columbia, South Carolina 29202 |
| | (803) 254-2200 |
| *ATTORNEYS FOR PLAINTIFFS* | *ATTORNEYS FOR WARREN PUMPS, LLC* |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | ) ) Civil Action No. 2:15-cv-04289-MBS |
| Plaintiffs, | ) ) ) **CERTIFICATE OF SERVICE** |
| vs. | ) ) |
| AIR & LIQUID SYSTEMS CORPORATION, et al. | ) ) ) ) |
| Defendants. | ) ) |

On August 18, 2016, the foregoing MOTION TO DISMISS WARREN PUMPS, LLC was served on all counsel of record in the captioned matter by using the CM/ECF system.

MOTLEY RICE, LLC

*s/W. Christopher Swett*
W. Christopher Swett
Federal Bar No. 11177
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
Telephone:  (843) 216-9000
cswett@motleyrice.com