IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT,<br><br>    Plaintiffs<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION Successor by Merger to Buffalo Pumps, Inc. A Pennsylvania Corporation, et al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 2:15-cv-04289-MBS

**CONSENT STIPULATION OF DISMISSAL OF JOHN CRANE INC.**

COMES NOW Plaintiffs, Winfield David Bartlett and Lila Mae Bartlett, by and through undersigned counsel, and pursuant to Rule 41 moves to dismiss Plaintiffs' claims against John Crane Inc. with prejudice, each party to bear its own fees and costs. Plaintiffs expressly reserve their right to proceed against all other defendants as filed.

This 26th day of August, 2016.


WE SO CONSENT:

MOTLEY RICE  LLP


___s/ W. Christopher Swett_____
W. Christopher Swett, Fed Bar Id. 11177
Motley Rice, LLP
P.O. Box 1792
Mt. Pleasant, SC 29465

Attorneys for Plaintiffs

August 26, 2016

WE SO CONSENT:

RICHARDSON, PLOWDEN & ROBINSON, P.A.


___s/James H. Elliott, Jr._____
James H. Elliott, Jr., Fed Bar Id. 7043
Samia Hanafi Nettles, Fed Bar Id. 10278
171 Church Street, Suite 150
Charleston, SC 29401

Attorneys for John Crane, Inc.

August 26, 2016

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2016, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

>John E. Herrick, Esquire
>W. Christopher Swett, Esquire
>Benjamin D. Cunningham, Esquire
>Motley Rice LLP
>P.O. Box 1792
>Mt. Pleasant, SC 29465
>jherrick@motleyrice.com
>cswett@motleyrice.com
>bcunningham@motleyrice.com
>*Attorney for Plaintiffs*

Defense Counsel of Record

                                                            s/James H. Elliott, Jr._____
                                                           James H. Elliott, Jr.