IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | ) Case No. 2:15-cv-04289-MBS |
| Plaintiffs | ) |
| v. | ) |
| AIR & LIQUID SYSTEMS CORPORATION Successor by Merger to Buffalo Pumps, Inc. A Pennsylvania Corporation, et al., | ) **CONSENT STIPULATION OF DISMISSAL OF THE WILLIAM POWELL COMPANY** |
| Defendants | ) |

COMES NOW Plaintiffs, Winfield David Bartlett and Lila Mae Bartlett, by and through undersigned counsel, and pursuant to Rule 41 moves to dismiss Plaintiffs' claims against The William Powell Company with prejudice, each party to bear its own fees and costs. Plaintiffs expressly reserve their right to proceed against all other defendants as filed.

This 26th day of August, 2016.

WE SO CONSENT:                                WE SO CONSENT:

MOTLEY RICE LLP                               RICHARDSON, PLOWDEN & ROBINSON, P.A.

   s/ W. Christopher Swett                        s/James H. Elliott, Jr.
W. Christopher Swett, Fed Bar Id. 11177       James H. Elliott, Jr., Fed Bar Id. 7043
Motley Rice, LLP                              Samia Hanafi Nettles, Fed Bar Id. 10278
P.O. Box 1792                                 171 Church Street, Suite 150
Mt. Pleasant, SC 29465                        Charleston, SC 29401

Attorneys for Plaintiffs                      Attorneys for The William Powell Company

August 26, 2016                               August 26, 2016

CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2016, the foregoing was electronically filed with the Clerk of Court using the CM-ECF system. Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

>John E. Herrick, Esquire
>W. Christopher Swett, Esquire
>Benjamin D. Cunningham, Esquire
>Motley Rice LLP
>P.O. Box 1792
>Mt. Pleasant, SC 29465
>jherrick@motleyrice.com
>cswett@motleyrice.com
>bcunningham@motleyrice.com
>*Attorney for Plaintiffs*

Defense Counsel of Record

           ___s/James H. Elliott, Jr._____
             James H. Elliott, Jr.