# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Air & Liquid Systems Corporation, et al., )<br><br>Defendants. ) | Civil Action No. 2:15-cv-04289-MBS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MILWAUKEE VALVE COMPANY, INC.** |

Comes now the Plaintiffs, Winfield David Bartlett and Lila Mae Bartlett, by and through their attorneys, Motley Rice, LLC, and Defendant Milwaukee Valve Company, Inc., by and through its attorneys, Richardson Plowden & Robinson, P.A., and stipulate to the dismissal with prejudice as to all claims against Defendant Milwaukee Valve Company, Inc., pursuant to Rule 41 of the Federal Rules of Civil Procedure.

We so stipulate.

| | |
|---|---|
| MOTLEY RICE, LLC | RICHARDSON PLOWDEN & ROBINSON, P.A. |
| s\ W. Christopher Swett | s\ Joseph E. Thoensen |
| W. Christopher Swett, Esquire<br>John Herrick, Esquire<br>28 Bridgeside Boulevard<br>Post Office Box 1792<br>Mt. Pleasant, South Carolina 29465<br>(843) 216-9000 | Steven J. Pugh, Esquire (Fed ID No. 7033)<br>Joseph E. Thoensen, Esquire (Fed ID No. 9452)<br>1900 Barnwell Street (29201)<br>Post Office Drawer 7788<br>Columbia, South Carolina 29202<br>(803) 771-4400 |
| Attorneys for Plaintiffs | Attorneys for Defendant Milwaukee Valve Company, Inc. |
| Date: October 5, 2016 | Date: October 5, 2016 |