# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | ) Civil Action No. 2:15-cv-04289-MBS )   ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| AIR & LIQUID SYSTEMS CORP., et al., | ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND INGERSOLL-RAND COMPANY

COME NOW Plaintiffs Winfield David Bartlett and Lila Mae Bartlett, by and through undersigned counsel, and with the consent of Defendant Ingersoll-Rand Company, by and through undersigned counsel, voluntarily dismisses the above-captioned matter with prejudice only as to Ingersoll-Rand Company pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiffs expressly reserves their rights to proceed against all other defendants as filed.

This the 5th day of October, 2016.

| | |
|---|---|
| MOTLEY RICE | EVERT WEATHERSBY HOUFF |
| By: */s/ W. Christopher Swett* | By: */s/ Jennifer M. Techman* |
| *(signed w/ express permission JMT)* | Jennifer M. Techman |
| W. Christopher Swett | SC Federal Bar No. 8028 |
| SC Federal Bar No. 11177 | EVERT WEATHERSBY HOUFF |
| MOTLEY RICE | 3455 Peachtree Road, Suite 1550 |
| 28 Bridgeside Boulevard | Atlanta, Ga. 30326 |
| Mt. Pleasant SC 29465 | Telephone: 678-651-1200 |
| Telephone: 843-216-9000 | JMTechman@EWHlaw.com |
| cswett@motleyrice.com | Attorneys for Defendant Ingersoll-Rand Company |
| Attorneys for Plaintiffs | |

1292105_1

## CERTIFICATE OF SERVICE

On October 5, 2016, the foregoing Stipulation of Dismissal With Prejudice between Plaintiff and Ingersoll-Rand Company was served on all counsel of record in the captioned matter by using the CM/ECF system.

                                                         */s/ Jennifer M. Techman*
                                                         Jennifer M. Techman
                                                         SC Federal Bar No.  8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road
Suite 1550
Atlanta, Georgia 30326
Telephone : 678.651.1200
JMTechman@ewhlaw.com