IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Winfield David Bartlett and Lila Mae Bartlett, | Civil Action No. 2:15-CV-04289-MBS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TENCARVA MACHINERY COMPANY** |
| vs. | |
| Air & Liquid Systems Corporation, et al., | |
| Defendants. | |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby stipulates and agrees to dismiss all of the claims against Defendant, Tencarva Machinery Company, in the above-captioned action with prejudice. Each party to bear its own costs.

    /s/ W. Christopher Swett
*(signed w/ express permission LPH)*
W. Christopher Swett, Esquire
SC Federal Bar No. 11177
Motley Rice, LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000
***Attorneys for Plaintiff***

WE CONSENT:

    /s/ Louis P. Herns
Louis P. Herns, Esquire
SC Federal Bar No. 1841
Pierce, Herns, Sloan & Wilson, LLC
The Blake House
321 East Bay Street
Post Office Box 22437
Charleston, SC 29403
***Attorneys for Defendant***
***Tencarva Machinery Company***

## **CERTIFICATE OF SERVICE**

I certify that on this date a copy of the foregoing was served on each party or counsel of record by was served on all counsel of record in the captioned matter by using the CM/ECF system.

This 21 day of   December  , 2016.


           /s/ Louis P. Herns