# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT, | ) Civil Action No. 2:15-cv-04289-MBS </br> ) </br> ) |
| Plaintiffs, | ) </br> ) |
| vs. | ) </br> ) |
| AIR & LIQUID SYSTEMS CORP., et al., | ) </br> ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND FOSTER WHEELER ENERGY CORPORATION

COME NOW Plaintiffs Winfield David Bartlett and Lila Mae Bartlett, by and through undersigned counsel, and with the consent of Defendant Foster Wheeler Energy Corporation, by and through undersigned counsel, voluntarily dismisses the above-captioned matter with prejudice only as to Foster Wheeler Energy Corporation pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party to bear its own fees and costs. Plaintiffs expressly reserves their rights to proceed against all other defendants as filed.

This the 11th day of January, 2017.

| | |
|---|---|
| MOTLEY RICE | EVERT WEATHERSBY HOUFF |
| By: *W. Christopher Swett* </br> *(with express permission JMT)* </br> W. Christopher Swett </br> SC Federal Bar No. 11177 </br> MOTLEY RICE </br> 28 Bridgeside Boulevard </br> Mt. Pleasant SC 29465 </br> Telephone: 843-216-9000 </br> cswett@motleyrice.com </br> Attorneys for Plaintiffs | By: */s/ Jennifer M. Techman* </br> Jennifer M. Techman </br> SC Federal Bar No. 8028 </br> EVERT WEATHERSBY HOUFF </br> 3455 Peachtree Road, Suite 1550 </br> Atlanta, Ga. 30326 </br> Telephone: 678-651-1200 </br> JMTechman@EWHlaw.com </br> Attorneys for Defendant Foster Wheeler Energy Corporation |

1307785_1

## CERTIFICATE OF SERVICE

On January 11, 2017, the foregoing Stipulation of Dismissal With Prejudice between Plaintiff and Foster Wheeler Energy Corporation was served on all counsel of record in the captioned matter by using the CM/ECF system.

/s/ Jennifer M. Techman
Jennifer M. Techman
SC Federal Bar No. 8028

EVERT WEATHERSBY HOUFF
3455 Peachtree Road
Suite 1550
Atlanta, Georgia 30326
Telephone : 678.651.1200
JMTechman@ewhlaw.com

1307785_1