# IN THE UNITED STATE DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

| | | |
|---|---|---|
| WINFIELD DAVID BARTLETT and LILA MAE BARTLETT | ) ) ) | C/A No.: 2:15-cv-04289-MBS |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ORDER** |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

This matter was heard by the undersigned upon motion by Plaintiffs, WINFIELD DAVID BARTLETT AND LILA MAE BARTLETT, and Defendant RILEY POWER INC., to dismiss with prejudice all claims against RILEY POWER INC. in this matter.

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against RILEY POWER INC. with prejudice, and that the motion should be granted for good causes shown.

It is therefore ORDERED, ADJUDGED, and DECREED that the action of Plaintiffs, WINFIELD DAVID BARTLETT AND LILA MAE BARTLETT be dismissed with prejudice, and each party to bear its own costs.

                                                s/ Margaret B. Seymour_____
                                                Honorable Margaret B. Seymour
                                                Senior United States District Court Judge

March 7, 2017
Charleston, South Carolina