### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA

In Re: Asbestos Products
Liability Litigation

WINFIELD DAVID BARTLETT and
LILA MAE BARTLETT,

                                                    **C/A No. 2:15-CV-04289-MBS**

       Plaintiffs,

     vs.

AIR & LIQUID SYSTEMS
CORPORATION, et al.,

       Defendants.

**STIPULATION OF DISMISSAL OF PLAINTIFF WINFIELD DAVID BARTLETT'S CLAIMS AGAINST STERLING FLUID SYSTEMS (USA) LLC WITH PREJUDICE**

       Pursuant to Rule 41, Federal Rules of Civil Procedure, Plaintiffs hereby stipulate and agree to dismiss all claims of Plaintiff Winfield David Bartlett against Defendant Sterling Fluid Systems (USA) LLC, with prejudice with each party to bear its own costs.

  /s/ W. Christopher Swett_____
W. Christopher Swett, No. 11177
Motley Rice LLC
P. O. Box 650001
Mt. Pleasant, SC 29465
E-mail: cswett@motleyrice.com
*Attorney for Plaintiffs*

WE CONSENT:

  /s/ Moffatt G. McDonald_____
Moffatt G. McDonald, No. 2805
HAYNSWORTH SINKLER BOYD, P.A.
ONE North Main, 2d Floor
P.O. Box 2048
Greenville, SC 29602
*Attorneys for Defendant Sterling Fluid Systems (USA) LLC*

Dated:  August 16, 2017

2

## CERTIFICATE OF SERVICE

      I hereby certify that on August 16, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system.  Notification of such filing was given to the following by the CM-ECF system to those registered to receive a Notice of Electronic Filing for this case:

W. Christopher Swett
MOTLEY RICE LLC
28 Bridgestone Blvd.
P.O. Box 650001
Mt. Pleasant, SC 29465
*Attorney for Plaintiffs*

Defense Counsel of Record

                                                    /s/ Moffatt G. McDonald